IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK WINGER, #K97120, | |
| Plaintiff, | |
| v. | |
| JOHN DOE #3, DIRECTOR JOHN BALDWIN, LOUIS SHICKER, WARDEN OF MENARD CORRECTIONAL CENTER, and DR. NEWBOLD, | Case No. 19-CV-00236-SPM-GCS |
| Defendants. | |

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

Before the Court is Plaintiff Mark Winger's Motion to Reopen Dismissed Case. (*See* Docs. 251 & 257).[1] Having been fully informed of the issues presented, the Court **DENIES** Winger's Motion to Reopen Dismissed Case.

The instant case was settled in the entirety on February 1, 2023 in a settlement conference before United States Magistrate Judge Gilbert Sison. (*See* Doc. 226). On July 14, 2023, Winger filed a Motion to Postpone Dismissal and an Order by the Court Directing the Defendant to Comply with Confidential Settlement Agreement. (*See* Doc. 234). On August 10, 2023, Wexford filed a sealed and redacted Response. (*See*

---

[1] Due to the fact that Winger's Motion (Doc. 251) included confidential settlement and health information, Defendant Wexford requested in its Response (*see* Docs. 255 & 256) that this document be sealed and a redacted version be filed for public viewing. The Court included this redacted version as a separate document. (*See* Doc. 257). Additionally, this Order does not reference any of this confidential material.

Docs. 237 & 238). Winger filed a Reply on August 16, 2023. (*See* Doc. 239). The Illinois Department of Corrections (IDOC) Co-Defendants then filed a Stipulation of Dismissal on August 21, 2023. (*See* Doc. 240). On September 5, 2023, the Court denied Plaintiff's Motion to Postpone Dismissal (Doc. 234) and dismissed Defendants with prejudice pursuant to the Stipulation of Dismissal (Doc. 240) and this Court's Order (Doc. 228). (*See* Doc. 242). Winger then filed a Motion to Modify Judgment (Doc. 244) on September 7, 2023, which this Court denied on September 11, 2023. (*See* Doc. 245). Winger next filed a Motion to Reopen Case, arguing that the Stipulation of Dismissal (Doc. 240) was only between Plaintiff and the IDOC Defendants. (*See* Doc. 246). On September 27, 2023, Wexford filed a Response to Plaintiff's Motion to Reopen Case, acknowledging that the Stipulation of Dismissal (Doc. 240) was only between Winger and the IDOC Defendants. (*See* Doc. 249, p. 2). Wexford also provided an update on Winger's claims relating to the confidential settlement agreement between Winger and Wexford. (*See* Docs. 248 & 249). This Court denied Winger's Motion to Reopen Case (Doc. 246). (*See* Doc. 250).

Winger filed the instant Motion to Reopen Dismissed Case on November 13, 2023 requesting that this case be reopened pursuant to Federal Rules of Civil Procedure 60(b)(3) and 60(b)(6) because of alleged fraud committed against Winger by Wexford. (*See* Doc. 251, pp. 2–3; Doc. 257, pp. 2–3). Wexford argues that their documentation shows no evidence of the fraud that Winger claims. (*See* Docs. 255, 256, 258). Winger also alleges that Wexford disclosed details of the confidential settlement agreement to another individual. (*See* Doc. 251, pp. 2–3; Doc. 257, pp. 2–3).

The Seventh Circuit has stated that "Rule 60(b) relief is an extraordinary remedy granted only in exceptional circumstances." *Rutledge v. United States*, 230 F.3d 1041, 1052 (7th Cir. 2000) (citing *Dickerson v. Board of Educ. of Ford Heights, Ill.*, 32 F.3d 1114, 1116 (7th Cir. 1994)), *cert. denied*, 531 U.S. 1199 (2001). Having reviewed the confidential records in question, this Court can find no evidence of the fraud that Winger claims. Moreover, Winger's allegation that Wexford revealed details of the confidential settlement offers nothing more than bare conclusions. By the Court's assessment, Wexford is in compliance with the confidential settlement agreement between the parties. As Winger has not met the high bar for a Rule 60(b) motion, reopening this case is unwarranted and improper. *See* Fed. R. Civ. P. 60(b)(3), (6).

Therefore, based on the above, Plaintiff Winger's Motion to Reopen Dismissed Case (Docs. 251 & 257) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:   December 1, 2023**

                                       *s/ Stephen P. McGlynn*
                                       **STEPHEN P. McGLYNN**
                                       **U.S. District Judge**